UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS LAMONT DYNO, et al.,          :

      Plaintiffs          :          CIVIL ACTION NO. 3:19-1966

    v.          :          (MANNION, D.J.)

ALBERT DYNO, JR., Executor of     :
the ESTATE OF ROSMARIE
STERCHAK, Deceased,
                                   :
      Defendant

# ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The plaintiffs' motion for reconsideration of the court's October 13, 2020 order dismissing their complaint without leave to amend, (Doc. 23), is **DENIED**.

                s/ *Malachy E. Mannion*
                **MALACHY E. MANNION**
                **United States District Judge**

**DATE: November 30, 2020**
19-1966-01-ORDER